# United States District Court for the District of Columbia

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | |
| | ) | Criminal No. 14-CR-121 (RJL) |
| FOKKER SERVICES B.V. | ) | |
| | ) | |

## NOTICE OF APPEAL

| | |
|---|---|
| Name and address of appellant | United States of America |
| Name and address of appellant's attorney | Maia Luckner Miller<br>United States Attorney's Office<br>National Security Section<br>555 4th Street, NW, Room 11-445<br>Washington, DC 20530 |

Offense: 18 U.S.C. § 371

Concise statement of judgment or order, giving date, and any sentence:

Order, by the Honorable Richard J. Leon, entered on the docket on February 5, 2015, denying the Joint Consent Motion for Exclusion of Time Under the Speedy Trial Act.

I, the above-named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

March 9, 2015
DATE

United States of America
APPELLANT

/s/
MAIA LUCKNER MILLER
VA Bar: #73221
ATTORNEY FOR APPELLANT

CJA, NO FEE _________No_________________________
PAID USDC FEE __gov't appeal________
PAID USCA FEE_gov't appeal___________
Does counsel wish to appear on appeal? Yes
Has counsel ordered transcripts? Yes
Is this appeal pursuant to the 1984 Sentencing Reform Act? No

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of March, 2015, I have caused a copy of the foregoing to be served by electronic means, through the Court's CM/ECF system, upon:

David D. DiBari, Esq.
Edward C. O'Callaghan, Esq.
Michelle Williams, Esq.
CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, NY 10019

/s/
MAIA LUCKNER MILLER
Assistant United States Attorney
555 4th Street, NW, Room 5907
Washington, DC 20530
(202) 252-6829