UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA       :
                               :   Case No. 14-CR-121 (RJL)
v.                             :
                               :   **FILED**
FOKKER SERVICES B.V.,          :
Defendant.                     :   **JUN 1 0 2016**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**ORDER TO DISMISS PER FED. R. CRIM. P. 48(a)**

Having considered the government's Motion to Dismiss With Prejudice the Criminal Information currently pending in this matter pursuant to Fed. R. Crim. P. 48(a), it is hereby

**ORDERED** that the Government's Motion is **GRANTED** and the Criminal Information in the above-captioned matter is hereby dismissed with prejudice.

**ENTERED** and **ORDERED** this _10th_ day of _June_, 2016.

_____
THE HONORABLE RICHARD J. LEON
UNITED STATES DISTRICT COURT JUDGE